BLANK ROME LLP
Todd A. Boock (SBN 181933)
TBoock@BlankRome.com
Robert P. Merten III (SBN 261446)
RMerten@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants
OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VILLACIS,<br><br>                    Plaintiff,<br><br>     vs.<br><br>OCWEN LOAN SERVICING, LLC; and SAGE POINT LENDER SERVICES, LLC; and DOES 1-20, et al.,<br><br>                    Defendants. | Case No.  3:14-cv-03279-JCS<br><br>*Magistrate Judge Joseph C. Spero*<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT (L.R. 6-1)**<br><br>Complaint Served: July 8, 2014<br>Current Response Date: July 31, 2014<br>New Response Date: August 14, 2014 |

140383.01674/95206550v.1

**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT - CASE NO. 4:14-CV-03279-JCS**

1    IT IS HEREBY STIPULATED by and between Plaintiff Maria Villacis
2 ("Plaintiff"), and Defendant Ocwen Loan Servicing, LLC ("Ocwen") and Sage Point
3 Lender Services, LLC ("Sage," sometimes jointly referred to with Ocwen as
4 "Defendants"), through their respective counsel of record, the following:
5    WHEREAS, Plaintiff filed the underlying Complaint in this action on July 8,
6 2014 in the Superior Court of California, County of Alameda.
7    WHEREAS, Sage filed a Declaration of Non-Monetary Status on July 21, 2014.
8    WHEREAS, Defendants removed the action to this honorable Court on July 21,
9 2014.
10    WHEREAS, Ocwen's current deadline to file a response to the Complaint is
11 July 31, 2014.
12    WHEREAS, Ocwen has now retained the above-captioned counsel to represent
13 its interests in this action—corresponding substitutions of counsel documents have
14 been filed simultaneously with this Stipulation—which new counsel is currently
15 investigating the matter, and working with Plaintiff's counsel in efforts to potentially
16 resolve the dispute at issue.
17    WHEREAS, the current foreclosure sale date set for the subject property at
18 issue is August 14, 2014.
19    IT IS NOW THEREFORE AGREED by and between the parties hereto and
20 through their respective counsel that:
21    Ocwen's deadline to file a response to the Complaint is now August 14, 2014;
22    The current foreclosure sale date of August 14, 2014 shall be rescheduled for
23 September 15, 2014;
24    Unless altered by further stipulation or agreement between counsel, Plaintiff
25 will have until August 26, 2014 to file a potential noticed motion for a preliminary
26 injunction preventing Defendants from effecting a foreclosure sale of the subject
27 property, and the hearing on said motion will be set for the earliest available date for
28 the Court;

1  Defendants will not effect a foreclosure sale of the subject property prior to the
2  new foreclosure sale date of September 15, 2014.  Further, if Plaintiff files a noticed
3  motion for a preliminary injunction by August 26, 2014, and the earliest available
4  hearing date for the motion is after September 15, 2014, Defendants will postpone the
5  sale date to take place at least 2 days after the hearing on Plaintiff's motion;
6  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
7
8  Respectfully submitted,
9
10 DATED:  July 30, 2014          BLANK ROME LLP
11
12                                 By: /s/ Robert P. Merten III
                                      Todd A. Boock
13                                    Robert P. Merten III
                                   Attorneys for Defendant
14                                 OCWEN LOAN SERVICING, LLC
15
16 DATED:  July 30, 2014          AMSL LEGAL GROUP, LLP
17
18                                 By: /s/ Chris C. Chapman
                                      Starlet J. Japp
19                                    Chris C. Chapman
                                   Attorneys for Defendant
20                                 SAGE POINT LENDER SERVICES, LLC
21
22 DATED: July 30, 2014           LAW OFFICE OF JASON W. ESTAVILLO, PC
23
24                                 By: /s/ Jason W. Estavillo
                                      Jason W. Estavillo
25                                 Attorneys for Plaintiff
                                   MARIA VILLACIS
26
27
28

140383.01674/95206550v.1                     2
**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT - CASE NO. 4:14-CV-03279-JCS**

1

# ATTESTATION

2  I hereby certify that for all conformed signatures indicated by a /s/ I have
3 obtained concurrence in the filing of the document which shall serve in lieu of
4 signature(s) on the document.

5

6

7 DATED: July 30, 2014              BLANK ROME LLP

8

9

10                                   By: /s/ Robert P. Merten III
                                         Todd A. Boock
11                                       Robert P. Merten III
                                         Attorneys for Defendant
12                                       OCWEN LOAN SERVICING, LLC

13

14 Dated: 8/4/14



IT IS SO ORDERED
Judge Joseph C. Spero

15

16

17

18

19

20

21

22

23

24

25

26

27

28