BLANK ROME LLP
Todd A. Boock (SBN 181933)
TBoock@BlankRome.com
Robert P. Merten III (SBN 261446)
RMerten@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants
OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VILLACIS,<br><br>                Plaintiff,<br><br>    vs.<br><br>OCWEN LOAN SERVICING, LLC; and SAGE POINT LENDER SERVICES, LLC; and DOES 1-20, et al.,<br><br>                Defendants. | Case No.  3:14-cv-03279-JCS<br><br>*Magistrate Judge Joseph C. Spero*<br><br>**FIRST AMENDED STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT (L.R. 6-1)**<br><br>Complaint Served: July 8, 2014<br>Current Response Date: Aug. 14, 2014<br>New Response Date: Sep. 3, 2014 |

140383.01674/95211461v.1

FIRST AMENDED STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

1  IT IS HEREBY STIPULATED by and between Plaintiff Maria Villacis
2  ("Plaintiff"), and Defendant Ocwen Loan Servicing, LLC ("Ocwen") and Sage Point
3  Lender Services, LLC ("Sage," sometimes jointly referred to with Ocwen as
4  "Defendants"), through their respective counsel of record, the following:
5  WHEREAS, Plaintiff filed the underlying Complaint in this action on July 8,
6  2014, in the Superior Court of California, County of Alameda.
7  WHEREAS, Sage filed a Declaration of Non-Monetary Status on July 21, 2014.
8  WHEREAS, Defendants removed the action to this honorable Court on July 21,
9  2014.
10 WHEREAS, Ocwen's current deadline to file a response to the Complaint
11 based on a previous Stipulation is August 14, 2014.
12 WHEREAS, respective counsel for Plaintiff and Ocwen are making efforts to
13 potentially resolve the dispute at issue.
14 WHEREAS, the current foreclosure sale date set for the subject property, as
15 continued by Sage, is October 2, 2014.
16 IT IS NOW THEREFORE AGREED by and between the parties hereto and
17 through their respective counsel that:
18 Ocwen's deadline to file a response to the Complaint is now September 3,
19 2014;
20 Unless altered by further stipulation or agreement between counsel, Plaintiff
21 will have until September 15, 2014 to file a potential noticed motion for a preliminary
22 injunction preventing Defendants from effecting a foreclosure sale of the subject
23 property, and the hearing on said motion will be set for the earliest available date for
24 the Court;
25 Defendants will not effect a foreclosure sale of the subject property prior to the
26 new foreclosure sale date of October 2, 2014.  Further, if Plaintiff files a noticed
27 motion for a preliminary injunction by September 15, 2014, and the earliest available
28

140383.01674/95211461v.1                1
FIRST AMENDED STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

1  hearing date for the motion is after October 2, 2014, Defendants will postpone the sale
2  date to take place at least 2 days after the hearing on Plaintiff's motion;
3         IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

5  Respectfully submitted,

7  DATED:  August 13, 2014            BLANK ROME LLP

                                      By: /s/ Robert P. Merten III
                                          Todd A. Boock
                                          Robert P. Merten III
                                      Attorneys for Defendant
                                      OCWEN LOAN SERVICING, LLC

13  DATED:  August 13, 2014           AMSL LEGAL GROUP, LLP

                                      By:  /s/ Chris C. Chapman
                                           Starlet J. Japp
                                           Chris C. Chapman
                                      Attorneys for Defendant
                                      SAGE POINT LENDER SERVICES, LLC

19  DATED: August 13, 2014            LAW OFFICE OF JASON W. ESTAVILLO, PC

                                      By: /s/ Jason W. Estavillo
                                          Jason W. Estavillo
                                      Attorneys for Plaintiff
                                      MARIA VILLACIS

25  Dated: August 15, 2014

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

## **ATTESTATION**

I hereby certify that for all conformed signatures indicated by a /s/ I have obtained concurrence in the filing of the document which shall serve in lieu of signature(s) on the document.

DATED: August 13, 2014          BLANK ROME LLP


By: /s/ Robert P. Merten III
Todd A. Boock
Robert P. Merten III
Attorneys for Defendant
OCWEN LOAN SERVICING, LLC

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On August 14, 2014, I served the foregoing document entitled **FIRST AMENDED STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT (L.R. 6-1)** on the interested parties in this action addressed and sent as follows:

**Starlet Joy Japp**
AMSL Legal Group, LLP
400 Exchange, Suite 100
Irvine, CA 92602
949-265-9940
Fax: 949-236-5567

☒  **By Envelope:** By placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as above and delivering said envelope:

   ☒   **By Mail**: As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   **By Electronic Filing:** I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

**Jason W. Estavillo**
Law Office of Jason W. Estavillo
1330 Broadway, Suite 1030
Oakland, CA 94612
Tel:   510-982-3001
Fax:   510-982-3002
Email: jestavillo@estavillolaw.com

140383.01674/95206616v.1                                                    1
PROOF OF SERVICE

|   |   |
|---|---|
| 1 | |
| 2 | **Christian Crutchfield Chapman**<br>AMSL Legal Group, LLP<br>400 Exchange, Suite 100<br>Irvine, CA 92602<br>Tel:   949-265-9940 Ext 181<br>Fax:   949-236-5567<br>Email: cchapman@amslca.com |

Executed on August 14, 2014, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
DIA S. ALESSI