UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA VILLACIS,

        Plaintiff,

    v.

OCWEN LOAN SERVICING, LLC, et al.,

        Defendants.

Case No. 14-cv-03279-JD

**ORDER DENYING MOTION TO SUBSTITUTE COUNSEL**

Re: Dkt. No. 48

    The Court denies the recently-filed "[Proposed] Order re Substitution of Counsel" that purports to give notice that "[Plaintiff] Maria Villacis substitutes herself as Pro Se in place of Jason W. Estavillo . . ." for failing to comply with the Civil Local Rules.  *See* Dkt. No. 48.  The Civil Local Rules provide that "[c]ounsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case."  *See* Civil L.R. 11-5(a).  In order for Mr. Estavillo to validly withdraw, he must at minimum submit a motion accompanied by (1) a declaration from Ms. Villacis stating when notice was given to her that Mr. Estavillo would withdraw, and that she consents to proceed pro se; and (2) a declaration from Mr. Estavillo stating when he gave notice of his intention to withdraw to all other parties who have appeared in this case.

    **IT IS SO ORDERED.**

Dated: May 15, 2015

_____
JAMES DONATO
United States District Judge